| **United States Bankruptcy Court**<br>**Western District of Louisiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mustang Homes, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **26-3113185** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5000 Forsythe Bypass**<br>**Suite 15**<br>**Monroe, LA**                     ZIPCODE **71201** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br>                     ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Ouachita** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>                     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>                     ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**5000 Forsythe Bypass, Suite 15, Monroe, LA**                     ZIPCODE **71201**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☒ Chapter 11            Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13             Recognition of a Foreign<br>                            Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☒ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☒ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☒ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mustang Homes, LLC** |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>Prior Bankruptcy Case Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td> <b>Exhibit A</b> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td> <b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)    Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mustang Homes, LLC** |
|---|---|

<strong>Signatures</strong>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X */s/ Michael C. Hyde*
Signature of Attorney for Debtor(s)

**Michael C. Hyde Michigan**
**Renee Niezgoda**
**700 East Chippewa Street**
**Mount Pleasant, MI  48858-1812**
**(321) 302-0370  Fax: (866) 607-3480**
**michael.hyde@hpscap.com**

**December  7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Rodney Brian Lowery*
Signature of Authorized Individual

**Rodney Brian Lowery**
Printed Name of Authorized Individual

**General Manager**
Title of Authorized Individual

**December  7, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Louisiana

IN RE:                                                                           Case No. _____

Mustang Homes, LLC _____        Chapter **11** _____
                        Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer   petition preparer is not an individual, state
Address:                                                   the Social Security number of the officer,
_____          principal, responsible person, or partner of
_____          the bankruptcy petition preparer.)
                                                          (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Mustang Homes, LLC** _____     **X** /s/                                    **12/07/2010**
Printed Name(s) of Debtor(s)                        Signature of Debtor                              Date

Case No. (if known) _____         **X** _____
                                                    Signature of Joint Debtor (if any)               Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Western District of Louisiana**

IN RE:                                                                     Case No. _____

**Mustang Homes, LLC**                                          Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Gibsland Bank & Trust Co**<br>**5360 East Texas St**<br>**Bossier City, LA 71111** | | **Bank loan** | | **650,020.00** |
| **First Guaranty Bank**<br>**PO Box 2009**<br>**Hammond, LA 70404-2009** | | **Bank loan** | | **186,550.23**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**186,550.23** |
| **Key Millwork & Supply CO**<br>**4200 Jackson St**<br>**Monroe, LA 71202** | **VJ Casamento**<br>**(318) 387-9995** | **Trade debt** | | **60,262.39** |
| **Oachita Independent Bank**<br>**PO Box 14100**<br>**Monroe, LA 71201** | | **Bank loan** | | **45,650.34** |
| **Gibsland Bank & Trust Co**<br>**5360 East Texas St**<br>**Bossier City, LA 71111** | | **Bank loan** | | **40,000.00** |
| **Plumbing Warehouse**<br>**PO Box 973234**<br>**Dallas, TX 75397-3234** | | **Trade debt** | | **39,441.34** |
| **Moss Carpet One**<br>**610 Louisville Ave**<br>**Monroe, LA 71201** | | **Trade debt** | | **38,170.88** |
| **Russell-Moore Lumber**<br>**PO Box 7520**<br>**Monroe, LA 71211-7520** | **Dale**<br>**(318) 381-3165** | **Trade debt** | | **29,489.90** |
| **Enterprise Computing Service**<br>**788 Brook Hollow Dr**<br>**Shreveport, LA 71105** | | **Trade debt** | | **20,286.75** |
| **PC Classic Construction Inc**<br>**PO Box 513**<br>**Haughton, LA 71292** | **Peter**<br>**(318) 344-8011** | **Trade debt** | | **19,645.25** |
| **Palm Tree Construction**<br>**316 Brown St**<br>**West Monroe, LA 71292** | **Mike Glenn** | **Trade debt** | | **18,742.75** |
| **Bills Air & Heating**<br>**4130 Raymond St**<br>**Shreveport, LA 71103** | | **Trade debt** | | **17,929.00** |
| **Vida Drywall**<br>**1924 Hillview St**<br>**Mesquite, TX 75149** | **Raul Rubio**<br>**(469) 628-2328** | **Trade debt** | | **14,693.38** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Mason Nation**<br>**2040 Old Natchitoches Rd, Lot 18**<br>**West Monroe, LA 71292** | **Allen**<br>**(318) 331-2922** | **Trade debt** | 13,224.00 |
| **Salsbury Electric Company**<br>**55 Indian Mound Rd**<br>**Oak Ridge, LA 71264** | **(318) 322-9654** | **Trade debt** | 12,920.97 |
| **Lusby's Heating, Cooling & Electric**<br>**1608 McCreight St**<br>**Bastrop, LA 71220** | | **Trade debt** | 11,910.00 |
| **McLarrin Marble**<br>**7459 Hwy 165 N**<br>**Monroe, LA 71203** | **Jennifer**<br>**(318) 322-9654** | **Trade debt** | 9,677.94 |
| **McGlinchey Stafford PLLC**<br>**Dept. 5200, PO Box 2153**<br>**Birmingham, AL 35287-5200** | | **Trade debt** | 9,414.56 |
| **BP Plumbing**<br>**161 Cowbow Ln, Lot 1**<br>**Cahoun, LA 71225** | **(318) 644-2209** | **Trade debt** | 8,780.00 |
| **Acme Glass & Mirror**<br>**1312 Louisville Ave**<br>**Monroe, LA 71201** | **(318) 325-0777** | **Trade debt** | 8,376.61 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **December 7, 2010**       Signature: */s/ Rodney Brian Lowery*

**Rodney Brian Lowery, General Manager**
<span style="font-size:small">(Print Name and Title)</span>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Louisiana

IN RE:                                              Case No. _____

Mustang Homes, LLC _____    Chapter **11**
          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 518,000.00 | | |
| B - Personal Property | Yes | 3 | $ 547,277.84 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 557,513.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 3,950.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 1,261,798.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $ 1,065,277.84 | $ 1,823,262.54 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____ Case No. _____
Debtor(s)                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Spec Home: 113 Greenside Monroe, LA 71201** | **Fee Simple** | | **186,500.00** | **0.00** |
| **Spec Home: 412 Bunker Monroe, LA 71201** | **Fee Simple** | | **161,500.00** | **161,532.15** |
| **Spec Home: Klug Street Monroe, LA 71201** | **Fee Simple** | | **170,000.00** | **170,045.00** |
| | | **TOTAL** | **518,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____ Case No. _____
<br>Debtor(s)                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash held in bank account** | | **200.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC**          Case No. _____

Debtor(s)        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **December accounts receivable from existing job orders and draw requests.** | | 452,621.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Allen Millworks: credit on account**<br>**6505 Saint Vincent Ave**<br>**Shreveport, LA 71106-2635** | | 696.32 |
| | | **East Carroll Lumber Yard: Credit on account**<br>**1001 Davis St**<br>**Lake Providence, LA 71254** | | 73.51 |
| | | **Global Laboratories: credit on account**<br>**105 Parkwest**<br>**West Monroe, LA 71291** | | 135.00 |
| | | **J&J Exterminating Credit on account**<br>**804 E 70th St**<br>**Shreveport, LA 71106** | | 20.19 |
| | | **KNOE-TV: credit on account**<br>**PO Box 4067**<br>**Monroe, LA 71211-4067** | | 25.00 |
| | | **Maxwell Lumber & Hardware: credit on account**<br>**PO Box 547, 484 Hwy 80**<br>**West Delhi, LA 71232** | | 178.64 |
| | | **Monroe Office Equipment: credit on account**<br>**3177 Sterlington Rd**<br>**Monroe, LA 7129** | | 222.18 |
| | | **Redd Pest Control: credit on account**<br>**PO Box 14814**<br>**Monroe, LA 71207** | | 735.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC**                                              Case No. _____
_____
                        Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 GMC Sierra** | | **25,173.00** |
| | | **2010 Ford F150** | | **20,211.00** |
| | | **Tractor** | | **14,212.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See attached list** | | **32,775.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **547,277.84** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE **Mustang Homes, LLC** _____  Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* _Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

IN RE **Mustang Homes, LLC** _____   Case No. _____
<span style="font-size:small">Debtor(s)</span> <span style="float:right">(If known)</span>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

<span style="writing-mode:vertical-rl">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10905816483109 <br> **Chase Auto Finance** <br> **PO Box 9001801** <br> **Louisville, KY 40290-1801** | | J | **2009: Auto loan: 2009 GMC Sierra** <br><br><br> VALUE $ **45,384.00** | | | | **25,173.84** | |
| ACCOUNT NO. 4016165 <br> **Citizens Bank & Trust** <br> **PO Box 992** <br> **Vivian, LA 71082** | | J | **Unknown: Equipment Loan: Tractor** <br><br><br> VALUE $ **14,212.00** | | | | **14,212.57** | **0.57** |
| ACCOUNT NO. 99304894 <br> **Community Trust Bank** <br> **1101 ROC Lane** <br> **Ruston, LA 71270** | | | **Unknown: Construction Loan: Klug Street Home** <br><br> VALUE $ **170,000.00** | | | | **170,045.00** | **45.00** |
| ACCOUNT NO. 25986724 <br> **First Guaranty Bank** <br> **PO Box 2009** <br> **Hammond, LA 70404-2009** | | | **Unknown: Construction Loan: 113 Greenside Streeet** <br><br> VALUE $ | | | | **186,550.23** | **186,550.23** |

___**1**___ continuation sheets attached

Subtotal (Total of this page) $ **395,981.64** | $ **186,595.80**

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Mustang Homes, LLC** _____  Case No. _____
<table>
<tr><td align="center">Debtor(s)</td><td align="right">(If known)</td></tr>
</table>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **635312**<br><br>**Oachita Independent Bank<br>PO Box 14100<br>Monroe, LA 71201** | | | **Unknown: Construction Loan: 412 Bunker Street**<br><br>VALUE $ **161,500.00** | | | | **161,532.15** | **32.15** |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ **161,532.15** | $ **32.15** |
|---|---|---|---|
| | Total (Use only on last page) | $ **557,513.79** | $ **186,627.95** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Mustang Homes, LLC** _____ Case No. _____

Debtor(s)                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**1**___ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____   Case No. _____
<span>Debtor(s)</span>                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Allyson Harris** <br> **107 Hideaway Dr** <br> **Monroe, LA  71203** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **Denver Coleman** | | | | | | | **1,200.00** | **1,200.00** | |
| ACCOUNT NO. <br> **Mickey Minchew** <br> **126 Avery Rd** <br> **West Monroe, LA  71292** | | | **Wages owed within the two week period prior to filing** | | | | **2,750.00** | **2,750.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **3,950.00** | $ **3,950.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **3,950.00** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **3,950.00** | $ |

<span>© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

IN RE **Mustang Homes, LLC** _____     Case No. _____
                                                     Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ACE USA** **Dept CH 14089** **Palatine, IL  60055-4089** | | | **Unknown: constructin materials/supplies** | | | | **3,131.94** |
| ACCOUNT NO. **Acme Brick Company** **PO Box 99198** **Fort Worth, TX  76199-0198** | | | **Unknown: construction materials/supplies** | | | | **6,135.40** |
| ACCOUNT NO. **Acme Disposal Services** **PO Box 7376** **Monroe, LA  71211-7376** | | | **Unknown: construction related services** | | | | **500.92** |
| ACCOUNT NO. **Acme Glass & Mirror** **1312 Louisville Ave** **Monroe, LA  71201** | | | **Unknown: construction materiasl/supplies** | | | | **8,376.61** |

**16** continuation sheets attached

|  | Subtotal (Total of this page) | $ | **18,144.87** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ADs Parish Red Books 7201 Monroe Hwy Ball, LA 71405** | | | Unknown: advertising | | | | 115.66 |
| ACCOUNT NO. **Allstar Construction Cleanup 137 Robin Lane Bossier City, LA 71111** | | | Unknown: construction related services | | | | 1,059.00 |
| ACCOUNT NO. **American Granite 2486 Hwy 33 Ruston, LA 71270** | | | Unknown: construction materials/supplies | | | | 6,353.00 |
| ACCOUNT NO. **Ardaman & Assoc, Inc Dept 1668 Denver, CO 80291-1668** | | | Unknown: miscellaneous services | | | | 540.50 |
| ACCOUNT NO. **Arkansas Stone Co 1206 Hwy 15 West Monroe, LA 71291** | | | Unknown: construction marterials/supplies | | | | 1,815.55 |
| ACCOUNT NO. **Arzola Construction, Inc 1015 Glencliff Dr Dallas, TX 75217** | | | Unknown: subcontractor | | | | 5,841.15 |
| ACCOUNT NO. **Barnett & Benefield PO Box 550 Haynesville, LA 71038** | | | Unknown: construction related services | | | | 8,298.00 |

Sheet no. _____**1**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,022.86

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____    Case No. _____
       Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Barrett Appliances & Home Products** <br> **1760 Swan Lake, PO Bos 5317** <br> **Bossier City, LA 71171-5317** | | | Unknown: construction materials/supplies | | | | 2,069.68 |
| ACCOUNT NO. <br><br> **Barry's Chimney Sweep** <br> **924 Lackie Rd** <br> **Eros, LA 71238** | | | Unknown: construction related services | | | | 450.00 |
| ACCOUNT NO. <br><br> **Basic Your Best Buy** <br> **3650 Millhaven Rd** <br> **Monroe, LA 71203** | | | Unknown: construction materials/supplies | | | | 8,074.53 |
| ACCOUNT NO. <br><br> **Bastrop Enterprise** <br> **PO Box 311** <br> **Bastrop, LA 71221-0311** | | | Unknown: unknown | | | | 15.14 |
| ACCOUNT NO. <br><br> **Bethel Construction Inc** <br> **PO Box 220** <br> **Forest, LA 71242** | | | Unknown: subcontractor | | | | 2,640.00 |
| ACCOUNT NO. <br><br> **Better Business Bureau** <br> **212 Walnut St, # 210** <br> **Monroe, LA 71201** | | | Unknown: Membership dues | | | | 500.00 |
| ACCOUNT NO. <br><br> **Bills Air & Heating** <br> **4130 Raymond St** <br> **Shreveport, LA 71103** | | | Unknown: subcontractor | | | | 17,929.00 |

Sheet no. ___2___ of ___16___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **31,678.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

IN RE **Mustang Homes, LLC**                                Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Billy Matloch**<br>**144 South Ridge Rd**<br>**Rayville, LA  71269-7671** | | | Unknown: subcontractor | | | | 600.00 |
| ACCOUNT NO.<br>**Bossier Chamber Of Commerce**<br>**710 Benton Rd**<br>**Bossier City, LA  71111** | | | Unknown: membership fees | | | | 305.00 |
| ACCOUNT NO.<br>**Bossier Press Tribune**<br>**4250 Viking Dr**<br>**Bossier City, LA  71111** | | | Unknown: advertising | | | | 454.88 |
| ACCOUNT NO.<br>**BP Plumbing**<br>**161 Cowbow Ln, Lot 1**<br>**Cahoun, LA  71225** | | | Unknown: construction materials/supplies | | | | 8,780.00 |
| ACCOUNT NO.<br>**Bubba Smith Cabinets**<br>**1123 Spring Creek Rd**<br>**Ruston, LA  71270** | | | Unknown: construction materials/supplies | | | | 5,150.00 |
| ACCOUNT NO.<br>**Bulders Supply Co**<br>**PO Box 741**<br>**Ruston, LA  71273** | | | Unknown: construction materials/supplies | | | | 425.00 |
| ACCOUNT NO.<br>**Bullnose Development**<br>**406 Curve Dr**<br>**Monroe, LA  71203** | | | Unknown: constructon related services | | | | 3,625.60 |

Sheet no. ___3___ of ___16___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,340.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

IN RE **Mustang Homes, LLC**        Case No. _____
<br>
Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Comcast Spotlight** <br>**PO Box 100447** <br>**Atlanta, GA 30384-1447** | | | Unknown: advertising | | | | **120.00** |
| ACCOUNT NO. <br>**Cordill Butane** <br>**7890 Hwy 165 N** <br>**Monroe, LA 71203** | | | Unknown: construction materials/supplies | | | | **4,349.27** |
| ACCOUNT NO. <br>**CW Electric** <br>**26 Westwood Blvd** <br>**Alexandria, LA 71301** | | | Unknown: subcontractor | | | | **2,010.50** |
| ACCOUNT NO. <br>**Danny Carrol Appraisal** <br>**PO Box 1596** <br>**Ruston, LA 71270** | | | Unknown: real estate services | | | | **400.00** |
| ACCOUNT NO. <br>**Decorative Coatings LLC** <br>**2124 Dogwood Dr** <br>**Monroe, LA 71201** | | | Unknown: construction materials/supplies | | | | **7,299.00** |
| ACCOUNT NO. <br>**Delta Appraisal Co** <br>**119 Benedette St** <br>**Rayville, LA 71269** | | | Unknown: real estate services | | | | **450.00** |
| ACCOUNT NO. <br>**Don Oliveaux** <br>**2312 Hwy 561** <br>**Columbia, LA 71418** | | | Unknown: subcontractor | | | | **310.00** |

Sheet no. ____4____ of ____16____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,938.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____ Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Electric Supply Co Inc**<br>**PO Box 1741**<br>**Shreveport, LA 71166** | | | Unknown: construction materials/supplies | | | | 1,345.18 |
| ACCOUNT NO.<br>**Elliot Elcrtic Supply**<br>**PO Box 630610**<br>**Nacogdoches, TX 75963** | | | Unknown: construction materials/supplies | | | | 2,618.19 |
| ACCOUNT NO.<br>**Enterprise Computing Service**<br>**788 Brook Hollow Dr**<br>**Shreveport, LA 71105** | | | Unknown: Services | | | | 20,286.75 |
| ACCOUNT NO.<br>**Ferrellgas**<br>**6721 Masonic Dr**<br>**Alexandria, LA 71301** | | | Unknown: construction materials/supplies | | | | 2,015.93 |
| ACCOUNT NO.<br>**First Guaranty Bank**<br>**Benton Banking Center**<br>**196 Burt Blvd**<br>**Benton, LA 71006** | | | Unknown: Unknown | | | | 100.00 |
| ACCOUNT NO.<br>**Gannett Newspapers Of Louisiana**<br>**PO Box 677326**<br>**Dallas, TX 75267-7326** | | | Unknown: advertising | | | | 3,924.39 |
| ACCOUNT NO. **31850003**<br>**Gibsland Bank & Trust Co**<br>**5360 East Texas St**<br>**Bossier City, LA 71111** | | | Unknown: unsecured line of credit | | | | 40,000.00 |

Sheet no. ___5___ of ___16___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 70,290.44

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mustang Homes, LLC                                           Case No. _____
_____
         Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **31850002**<br><br>**Gibsland Bank & Trust Co**<br>**5360 East Texas St**<br>**Bossier City, LA  71111** | | | **Unknown: unsecured line of credit** | | | | **650,020.00** |
| ACCOUNT NO.<br><br>**Glass Services**<br>**1118 E Bert Kouns Ind Lp**<br>**Shreveport, LA  71105** | | | **Unknown: construction related services** | | | | **1,971.48** |
| ACCOUNT NO.<br><br>**Gotta Go Services**<br>**4400 Hwy 28 E**<br>**Pineville, LA  71360** | | | **Unknown: construction related services** | | | | **674.10** |
| ACCOUNT NO.<br><br>**Graham Cabinet Shop**<br>**1760 Hwy 594**<br>**Monroe, LA  71203** | | | **Unknown: construction materials/supplies** | | | | **6,202.00** |
| ACCOUNT NO.<br><br>**Gregory Building Supply**<br>**PO Box 142**<br>**Elmer, LA  71424** | | | **Unknown: construction related services** | | | | **189.57** |
| ACCOUNT NO.<br><br>**Hampton Inn & Suites - Alexandriz**<br>**6124 W Calhoun Dr**<br>**Alexandria, LA  71303-5067** | | | **Unknown: Travel lodging** | | | | **1,208.66** |
| ACCOUNT NO.<br><br>**Hattaway Plumbing**<br>**152 Arlease Dr**<br>**Farmville, LA  71241** | | | **Unknown: subcontractor** | | | | **1,550.00** |

Sheet no. _____**6**____ of _____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                            (Total of this page)  $ **661,815.81**

                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____   Case No. _____
           Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Haughton Trucking**<br>**PO Box 660**<br>**Haughton, LA  71037** | | | **Unknown: construction related services** | | | | **150.00** |
| ACCOUNT NO.<br>**Hearington Plumbing & Air Conditioning**<br>**209 Daywood Dr**<br>**Monroe, LA  71203** | | | **Unknown: subcontractor** | | | | **450.00** |
| ACCOUNT NO.<br>**Hobson & Son**<br>**PO Box 345**<br>**Sterlington, LA  71280** | | | **Unknown: construction related services** | | | | **1,837.96** |
| ACCOUNT NO.<br>**Home Builders Assoc Of NE LA** | | | **Unknown: membership fee** | | | | **200.00** |
| ACCOUNT NO.<br>**Home Builders Assoc Of NW LA**<br>**2038 70th St**<br>**Shreveport, LA  71105-5306** | | | **Unknown: membership fees** | | | | **430.00** |
| ACCOUNT NO.<br>**IESI-Natchitoches**<br>**PO Box 38**<br>**Natchitoches, LA  71458-0038** | | | **Unknown: miscellaneous services** | | | | **310.52** |
| ACCOUNT NO.<br>**Inspections Unlimited**<br>**105 Commercial Parkway**<br>**West Monroe, LA  71292** | | | **Unknown: construction related services** | | | | **2,100.00** |

Sheet no. _____**7**_____ of _____**16**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **5,478.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____  Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jimmy Cotton**<br>**444 Ervin Cotton Rd**<br>**Eros, LA  71238** | | | Unknown: subcontractor | | | | 1,091.00 |
| ACCOUNT NO.<br>**Jimmy Lowery**<br>**108 Prairie Rd**<br>**Mangham, LA 71259** | | | Unknown: subcontractor | | | | 1,661.00 |
| ACCOUNT NO.<br>**Johnson Precast Septic**<br>**130 Sibley**<br>**Choudrant, LA 71227** | | | Unknown: construction materials/supplies | | | | 2,850.00 |
| ACCOUNT NO.<br>**Kelvin Head Construction**<br>**PO Box 186**<br>**Eros, LA  71238** | | | Unknown: subcontractor | | | | 7,250.00 |
| ACCOUNT NO.<br>**Key Millwork & Supply CO**<br>**4200 Jackson St**<br>**Monroe, LA  71202** | | | Unknown: construction materials/supplies | | | | 60,262.39 |
| ACCOUNT NO.<br>**Lamar Co**<br>**PO Box 96030**<br>**Baton Rouge, LA  70896** | | | Unknown: construction materials/supplies | | | | 4,800.00 |
| ACCOUNT NO.<br>**Larry James Designs**<br>**2208 Justice St**<br>**Monroe, LA  71201** | | | Unknown: construction related services | | | | 7,528.40 |

Sheet no. ___8___ of ___16___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 85,442.79

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____  Case No. _____
Debtor(s)                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Larry Thrasher DBA LJT Painting** <br> **17828 Lookout Lake Circle** <br> **Flint, TX 75762** | | | Unknown: subcontractor | | | | 6,995.50 |
| ACCOUNT NO. <br> **Like This Media LLC** <br> **1707 Shannon St** <br> **Monroe, LA 71201** | | | Unknown: construction materials/supplies | | | | 180.00 |
| ACCOUNT NO. <br> **Louisiana Dirt & Concrete Inc** <br> **708 Tidwell Rd** <br> **West Monroe, LA 71292** | | | Unknown: construction related services | | | | 3,150.00 |
| ACCOUNT NO. <br> **Lusby's Heating, Cooling & Electric** <br> **1608 McCreight St** <br> **Bastrop, LA 71220** | | | Unknown: subcontractor | | | | 11,910.00 |
| ACCOUNT NO. <br> **Mason Nation** <br> **2040 Old Natchitoches Rd, Lot 18** <br> **West Monroe, LA 71292** | | | Unknown: subcontractor | | | | 13,224.00 |
| ACCOUNT NO. <br> **Mastercraft Wook Products** <br> **232 N Marshall Industrial Ave** <br> **Marshall, TX 75670** | | | Unknown: construction materials/supplies | | | | 2,182.53 |
| ACCOUNT NO. <br> **McGlinchey Stafford PLLC** <br> **Dept. 5200, PO Box 2153** <br> **Birmingham, AL 35287-5200** | | | Unknonw: construction marterials/supplies | | | | 9,414.56 |

Sheet no. ___9___ of ___16___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 47,056.59

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____ Case No. _____
    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **McLarrin Marble** <br> **7459 Hwy 165 N** <br> **Monroe, LA  71203** | | | Unknown: construction materials/supplies | | | | 9,677.94 |
| ACCOUNT NO. <br> **MedBE Inc** <br> **1651 Louisville Ave** <br> **Monroe, LA  71201** | | | Unknown: miscellaneous services | | | | 460.00 |
| ACCOUNT NO. <br> **Melacon Electric** <br> **122 Oakwood Ave** <br> **West Monroe, LA  71291** | | | Unknown: subcontractor | | | | 200.00 |
| ACCOUNT NO. <br> **Michael Nugent Backhoe Service Inc** <br> **59 Joe Rosier Rd** <br> **Deville, LA  71328** | | | Unknown: construction related services | | | | 2,800.00 |
| ACCOUNT NO. <br> **Mike Smith Heating & Air** <br> **PO Box 56** <br> **Swartz, LA  71281** | | | Unknown: subcontractor | | | | 3,500.00 |
| ACCOUNT NO. <br> **Moss Carpet One** <br> **610 Louisville Ave** <br> **Monroe, LA  71201** | | | Unknown: Construction materials/supplies | | | | 38,170.88 |
| ACCOUNT NO. <br> **Neighborhood Rental Inc** <br> **7702 Hwy 165 N** <br> **Monroe, LA  71203** | | | Unknown: construction related services | | | | 4,049.72 |

Sheet no. __**10**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  58,858.54

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Mustang Homes, LLC</u>      Case No. _____
Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**North American Lighting Products** <br>**304 East Ironwood** <br>**West Monroe, LA 71291** | | | Unknown: construction materials/supplies | | | | 135.09 |
| ACCOUNT NO. <br>**Northeast LA Bd Of Realtors** <br>**1010 Stubbs** <br>**Monroe, LA 71201** | | | Unknown: membership fees | | | | 100.00 |
| ACCOUNT NO. <br>**Northwest LA Assoc Of Realtors** <br>**PO Box 5952** <br>**Shreveport, LA 71135-5952** | | | Unknown: membership dues | | | | 465.00 |
| ACCOUNT NO. **630364** <br>**Oachita Independent Bank** <br>**PO Box 14100** <br>**Monroe, LA 71201** | | | Unknown: unsecured line of credit | | | | 45,650.34 |
| ACCOUNT NO. <br>**Office Depot** <br>**Office Depot Credit Plan** <br>**PO Box 689020** <br>**Des Moines, IA 50367-9020** | | | Unknown: construction materials/supplies | | | | 336.30 |
| ACCOUNT NO. <br>**Old South Services** <br>**407 Mountain Rd** <br>**West Monroe, LA 71291** | | | Unknown: construction related services | | | | 3,050.00 |
| ACCOUNT NO. <br>**Opus Broadcasting** <br>**92 West Shamrock St** <br>**Pineville, LA 71360** | | | Unknown: advertising | | | | 26.58 |

Sheet no. __11__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **49,763.31**

Total

(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Mustang Homes, LLC** _____  Case No. _____
Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Outhouse Rentals**<br>**2311 Bienville Dr**<br>**Monroe, LA  71201** | | | **Unknown: construction related services** | | | | <br><br><br>**499.50** |
| ACCOUNT NO. <br><br>**Palm Tree Construction**<br>**316 Brown St**<br>**West Monroe, LA  71292** | | | **Unknown: subcontractor** | | | | <br><br><br>**18,742.75** |
| ACCOUNT NO. <br><br>**Parsons Plumbing LLC**<br>**713 Fox Stq**<br>**Pineville, LA  71360** | | | **Unknown: construction materials/supplies** | | | | <br><br><br>**7,166.25** |
| ACCOUNT NO. <br><br>**PC Classic Construction Inc**<br>**PO Box 513**<br>**Haughton, LA  71292** | | | **Unknown: subcontractor** | | | | <br><br><br>**19,645.25** |
| ACCOUNT NO. <br><br>**Personnel Concepts**<br>**Compliance Service Dept**<br>**PO Box 3353**<br>**San Dimas, CA  91773-7353** | | | **Unknown: personnel services** | | | | <br><br><br>**47.85** |
| ACCOUNT NO. <br><br>**Pest Guard**<br>**PO Box 117**<br>**Downsville, LA  71234** | | | **Unknown: construction related services** | | | | <br><br><br>**1,650.00** |
| ACCOUNT NO. <br><br>**Plumbing Warehouse**<br>**PO Box 973234**<br>**Dallas, TX  75397-3234** | | | **Unknown: Construction materials/supplies** | | | | <br><br><br>**39,441.34** |

Sheet no. ____**12**____ of ____**16**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **87,192.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____  Case No. _____
  _____Debtor(s)_____                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Plumbing Warehouse**<br>**PO Box 973234**<br>**Dallas, TX  75397-3234** | | | Unknown: construction materials/supplies | | | | 4,055.67 |
| ACCOUNT NO.<br>**Plumbing Warehouse**<br>**PO Box 973234**<br>**Dallas, TX  75397-3234** | | | Unknown: construction materials/supplies | | | | 2,294.40 |
| ACCOUNT NO.<br>**Polaris Services**<br>**3602 N Market St**<br>**Shreveport, LA  71107** | | | Unknown: service contract | | | | 500.00 |
| ACCOUNT NO.<br>**Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY  40285-6042** | | | Unknown: unknown | | | | 32.99 |
| ACCOUNT NO.<br>**Rent A John**<br>**119 Elmwood Dr**<br>**West Monroe, LA  71291** | | | Unknown: construction related services | | | | 866.99 |
| ACCOUNT NO.<br>**RL May Construction**<br>**5633 Hwy 563**<br>**Simsboro, LA  71275** | | | Unknown: subcontractor | | | | 667.80 |
| ACCOUNT NO.<br>**Roberson Builders LLC**<br>**126 Aulds Rd**<br>**Marion, LA  71260** | | | Unknown: subcontractor | | | | 2,177.50 |

Sheet no. __**13**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **10,595.35**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

**IN RE** **Mustang Homes, LLC** _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Roofing Supply Group - West Monroe**<br>**1500 Old Natchitoches Rd**<br>**West Monroe, LA  71292** | | | **Unknown: construction materials/supplies** | | | | **119.00** |
| ACCOUNT NO.<br>**Russell-Moore Lumber**<br>**PO Box 7520**<br>**Monroe, LA  71211-7520** | | | **Unknown: Construction materials/supplies** | | | | **29,489.90** |
| ACCOUNT NO.<br>**Ruston Newspapers Inc**<br>**PO Box 520**<br>**Ruston, LA  71273-0520** | | | **Unknown: advertising** | | | | **175.00** |
| ACCOUNT NO.<br>**S.E. Huey Co**<br>**1111 N 19th St**<br>**Monroe, LA  71201** | | | **Unknown: construction related services** | | | | **1,156.61** |
| ACCOUNT NO.<br>**Safety Services Co**<br>**PO Box 6408**<br>**Yuma, AZ  85366-6408** | | | **Unknown: miscellaneous services** | | | | **162.95** |
| ACCOUNT NO.<br>**Salsbury Electric Company**<br>**55 Indian Mound Rd**<br>**Oak Ridge, LA  71264** | | | **Unknown: subcontractor** | | | | **12,920.97** |
| ACCOUNT NO.<br>**Sheffield Rentals Inc**<br>**1255 Hwy 61 S**<br>**Vicksburg, MS  39180** | | | **Unknown: construction related services** | | | | **1,015.16** |

Sheet no. ___14___ of ___16___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **45,039.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Mustang Homes, LLC**        Case No. _____

       Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sir Speedy Printing** <br> **1825 Ave Of America** <br> **Monroe, LA  71201** | | | Unknown: advertising | | | | 95.49 |
| ACCOUNT NO. <br> **Smith Blind & Awning** <br> **411 Hudson Ln** <br> **Monroe, LA  71201** | | | Unknown: construction materials/supplies | | | | 220.00 |
| ACCOUNT NO. <br> **Southern Comfort Portable Toilets** <br> **PO Box 5476** <br> **Bossier City, LA  71291** | | | | | | | 192.60 |
| ACCOUNT NO. <br> **Sprink A Lawn, Inc** <br> **141 Dandy Ln** <br> **West Monroe, LA  71291** | | | Unknown: construction related services | | | | 1,800.00 |
| ACCOUNT NO. <br> **Sprinkle-Green Irrigation** <br> **105 Creole Ln** <br> **West Monroe, LA  71291** | | | Unknown: construction related services | | | | 650.00 |
| ACCOUNT NO. <br> **Stephens Dirt Work** <br> **PO Box 659** <br> **Gilbert, LA  71336** | | | Unknown: construction related services | | | | 572.15 |
| ACCOUNT NO. <br> **Stuart C Irby, Co** <br> **PO Box 843959** <br> **Dallas, TX  75284-3959** | | | Unkown: construction related services | | | | 7,028.15 |

Sheet no. __15__ of __16__ continuation sheets attached to <br> Schedule of Creditors Holding Unsecured Nonpriority Claims            Subtotal <br> (Total of this page)    $ **10,558.39**

Total <br> (Use only on last page of the completed Schedule F. Report also on <br> the Summary of Schedules, and if applicable, on the Statistical <br> Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____  Case No. _____
Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sudden Link**<br>**725 Benton Rd**<br>**Bossier City, LA 71111** | | | Unknown: construction materials/supplies | | | | 71.78 |
| ACCOUNT NO.<br>**Sudden Link Media**<br>**PO Box 951391**<br>**Dallas, TX 75395-1391** | | | Unknown: construction materials/supplies | | | | 1,001.00 |
| ACCOUNT NO.<br>**Synapse Multimedia**<br>**788 Brook Hollow Dr**<br>**Shreveport, LA 71105** | | | Unknown: construction materials/supplies | | | | 2,385.00 |
| ACCOUNT NO.<br>**Telecom Solutions**<br>**2106 N 7th St, Ste 210**<br>**West Monroe, LA 71291** | | | Unknown: construction related services | | | | 1,234.25 |
| ACCOUNT NO.<br>**Vida Drywall**<br>**1924 Hillview St**<br>**Mesquite, TX 75149** | | | Unknown: subcontractor | | | | 14,693.38 |
| ACCOUNT NO.<br>**Ward's Waste Services**<br>**PO Box 2067**<br>**Natchitoches, LA 71457** | | | Unknown: construction related services | | | | 458.10 |
| ACCOUNT NO.<br>**Westco Contracting LLC**<br>**9723 Hwy 165**<br>**Pollock, LA 71467** | | | Unknown: construction relatled services | | | | 1,737.68 |

Sheet no. __16__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)   $   21,581.19

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $   1,261,798.75

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mustang Homes, LLC _____ Case No. _____
<br>_____ Debtor(s) _____ _____ (If known) _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC**                                    Case No. _____
_____
          Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Louisiana

IN RE:                                               Case No. _____

**Mustang Homes, LLC** _____    Chapter **11** _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<em>DEFINITIONS</em>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT    SOURCE
         **3,983,756.47   Operations**

## 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Mickey Roberson**<br>**126 Aulds Road**<br>**Marion, LA  71260**<br>**Former Member** | **Unknown** | **30,000.00** | **0.00** |

**Mickey left the company in January 2010. His shares were purchased by the company and divided between the remaining three members. Not in anticipation of filing bankruptcy.**

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Neighborhood Rental, Inc  v  Mustang Homes LLC** | **Collection** | **City Court, Monroe, LA** | **Complaint received** |
| **This is an action stemming from the conditions precedent to this filing.** | | | |
| **LCR-M  Limited Partnership Court  v Mustang Homes, LLC** | **Collections** | **4th Judicial District, Ouachita Parish, La** | **Compaint received.** |
| **This is an action stemming from the precedents of this filing.** | | | |
| **Dan Veuleman and Judy Veuleman  v  Mustang Homes LLC** | **Collections** | **28th Judicial District, LaSalle Parish, LA** | **Compaint received.** |
| **This is an action stemming from the precedents of this filing.** | | | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

<sub>None</sub>
☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

<sub>None</sub>
☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

<sub>None</sub>
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael C. Hyde**<br>**Attorney**<br>**700 East Chippewa Street**<br>**Mount Pleasant, MI  48858**<br>**Initial retainer to file bankruptcy** | **11-30-2010** | **3,000.00** |

**10. Other transfers**

<sub>None</sub> 
☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sub>None</sub>
☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

<sub>None</sub> 
☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

<sub>None</sub>
☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

<sub>None</sub>
☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

<sub>None</sub>
☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

<sub>None</sub> 
☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED
**Greg Touisgnant**                                  **From 2008 to present.**
**Company Accountant.**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**NAME AND ADDRESS**
**Rodney Brian Lowery**
**546 Bunker Lane**
**Monroe, LA  71203**

**Brian became the responsible partner after George Bagley left the company unexpectedly leaving behind a legacy of financial mismanagement.**

| | |
|---|---|
| **George R. Bagley, Jr.** | **George was in charge of the financial records and banking until his** |
| **991 Hwy 606** | **sudden departure in August.** |
| **St. Joseph, LA  71366** | |

**Mustang Homes LLC's primary bank, Gibsland, is concerned over financial mismanagement, possibly deliberate on the part of Mr. Bagley**

None [✓] d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None [✓] a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None [✓] b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None [✓] a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None [ ] b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Rodney Brian Lowery** | **General Manager** | **41.104% Member/Manager** |
| **5000 Forsythe Bypass, Ste 15** | | |
| **Monroe, LA  71201** | | |
| | | |
| **George Bagley** | **General Manager** | **41.104%  Member/Manager** |
| | | |
| **Kendall Moses** | **Manager** | **17.192%  Member/Manager** |
| **5007 Feliciana Dr** | | |
| **Bossier City, LA  71112** | | |

## 22. Former partners, officers, directors and shareholders

None [✓] a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None [ ] b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Mickey Roberson** | **Mananger** | **1/06/2010** |

**Mickey owned 12.75% of the company. When he left, he was paid $30,000 in installments for his share which were distributed to the remaining three members.**

## 23. Withdrawals from a partnership or distributions by a corporation

None [ ] If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **George Bagley** | **Unknown** | **Unknown:** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Partner/Member**

**Considerable funds have disappeared under Mr. Bagley's term as Chief Financial Officer of Mustang Homes LLC. Gibsland Bank believes that this is more than just financial mismanagement and has initiated an investigation.**

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December  7, 2010**          Signature: ***/s/ Rodney Brian Lowery***

**Rodney Brian Lowery, General Manager**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mustang Homes, LLC** _____  Case No. _____

_____Debtor(s)_____  _____(If known)_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

_____Debtor

Date: _____  Signature: _____

_____(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer  Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____  _____
Signature of Bankruptcy Petition Preparer  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **General Manager** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Mustang Homes, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**29** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December  7, 2010** _____  Signature: ***/s/ Rodney Brian Lowery*** _____

**Rodney Brian Lowery** _____

_____(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Louisiana

IN RE:                                         Case No. _____

**Mustang Homes, LLC** _____ Chapter **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................... $ ___**300.00/hr**

Prior to the filing of this statement I have received ........................................................ $ ___**3,000.00**

Balance Due ................................................................................................................. $ _____

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.    [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
**Motions to revoke a discharge. Removal of a pending action in another court. Obtaining title reports. The determination of real estate or tax liens. Appeals to the BAP, District Court of Court of Appeals. Correcting credit reports. Negotiations with Check Systems regarding Client.**
**Motions to Discuss Clients bankruptcy case filed by the Trustee, U.S. Trustee, or any creditor.**
**Any adversary proceeding filed by the Trustee, U.S. Trustee, or any other party on any basis, including, without limitations, proceedings to determine dischargability of debts. Preparing reaffirmation agreements, negotiating the terms of reaffirmation agreements proposed by creditors, motions to redeem personal property, and negotiating reaffirmation agreements when Clients income is not sufficient to rebut the presumption of undue hardship and special circumstances do not warrant the signing of a reaffirmation agreement. Motion to impose or extend the bankruptcy stay.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____       _____
          **December  7, 2010**               ***/s/ Michael C. Hyde***
                Date                    **Michael C. Hyde Michigan**
                                               **Renee Niezgoda**
                                               **700 East Chippewa Street**
                                               **Mount Pleasant, MI  48858-1812**
                                               **(321) 302-0370  Fax: (866) 607-3480**
                                               **michael.hyde@hpscap.com**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Western District of Louisiana

**IN RE:**                                                         Case No. _____

**Mustang Homes, LLC** _____ Chapter **11** _____
<span style="padding-left:2em">Debtor(s)</span>

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **December  7, 2010** _____  Signature: **_/s/ Rodney Brian Lowery_** _____
<span style="padding-left:6em">**Rodney Brian Lowery, General Manager**</span> <span style="float:right">Debtor</span>


Date: _____  Signature: _____
<span style="float:right">Joint Debtor, if any</span>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ACE USA
Dept CH 14089
Palatine, IL  60055-4089


Acme Brick Company
PO Box 99198
Fort Worth, TX  76199-0198


Acme Disposal Services
PO Box 7376
Monroe, LA  71211-7376


Acme Glass & Mirror
1312 Louisville Ave
Monroe, LA  71201


ADs Parish Red Books
7201 Monroe Hwy
Ball, LA  71405


Allstar Construction Cleanup
137 Robin Lane
Bossier City, LA  71111


Allyson Harris
107 Hideaway Dr
Monroe, LA  71203


American Granite
2486 Hwy 33
Ruston, LA  71270


Ardaman & Assoc, Inc
Dept 1668
Denver, CO  80291-1668

Arkansas Stone Co
1206 Hwy 15
West Monroe, LA  71291


Arzola Construction, Inc
1015 Glencliff Dr
Dallas, TX  75217


Barnett & Benefield
PO Box 550
Haynesville, LA  71038


Barrett Appliances & Home Products
1760 Swan Lake, PO Bos 5317
Bossier City, LA  71171-5317


Barry's Chimney Sweep
924 Lackie Rd
Eros, LA  71238


Basic Your Best Buy
3650 Millhaven Rd
Monroe, LA  71203


Bastrop Enterprise
PO Box 311
Bastrop, LA  71221-0311


Bethel Construction Inc
PO Box 220
Forest, LA  71242


Better Business Bureau
212 Walnut St, # 210
Monroe, LA  71201

Bills Air & Heating
4130 Raymond St
Shreveport, LA  71103


Billy Matloch
144 South Ridge Rd
Rayville, LA  71269-7671


Bossier Chamber Of Commerce
710 Benton Rd
Bossier City, LA  71111


Bossier Press Tribune
4250 Viking Dr
Bossier City, LA  71111


BP Plumbing
161 Cowbow Ln, Lot 1
Cahoun, LA  71225


Bubba Smith Cabinets
1123 Spring Creek Rd
Ruston, LA  71270


Bulders Supply Co
PO Box 741
Ruston, LA  71273


Bullnose Development
406 Curve Dr
Monroe, LA  71203


Chase  Auto Finance
PO Box 9001801
Louisville, KY  40290-1801

Citizens Bank & Trust
PO Box 992
Vivian, LA  71082


Comcast Spotlight
PO Box 100447
Atlanta, GA  30384-1447


Community Trust Bank
1101 ROC Lane
Ruston, LA  71270


Cordill Butane
7890 Hwy 165 N
Monroe, LA  71203


CW Electric
26 Westwood Blvd
Alexandria, LA  71301


Danny Carrol Appraisal
PO Box 1596
Ruston, LA  71270


Decorative Coatings LLC
2124 Dogwood Dr
Monroe, LA  71201


Delta Appraisal Co
119 Benedette St
Rayville, LA  71269


Don Oliveaux
2312 Hwy 561
Columbia, LA  71418

Electric Supply Co Inc
PO Box 1741
Shreveport, LA  71166


Elliot Elecrtic Supply
PO Box 630610
Nacogdoches, TX  75963


Enterprise Computing Service
788 Brook Hollow Dr
Shreveport, LA  71105


Ferrellgas
6721 Masonic Dr
Alexandria, LA  71301


First Guaranty Bank
PO Box 2009
Hammond, LA  70404-2009


First Guaranty Bank
Benton Banking Center
196 Burt Blvd
Benton, LA  71006


Gannett Newspapers Of Louisiana
PO Box 677326
Dallas, TX  75267-7326


Gibsland Bank & Trust Co
5360 East Texas St
Bossier City, LA  71111


Glass Services
1118 E Bert Kouns Ind Lp
Shreveport, LA  71105

Gotta Go Services
4400 Hwy 28 E
Pineville, LA  71360


Graham Cabinet Shop
1760 Hwy 594
Monroe, LA  71203


Gregory Building Supply
PO Box 142
Elmer, LA  71424


Hampton Inn & Suites - Alexandriz
6124 W Calhoun Dr
Alexandria, LA  71303-5067


Hattaway Plumbing
152 Arlease Dr
Farmville, LA  71241


Haughton Trucking
PO Box 660
Haughton, LA  71037


Hearington Plumbing & Air Conditioning
209 Daywood Dr
Monroe, LA  71203


Hobson & Son
PO Box 345
Sterlington, LA  71280


Home Builders Assoc Of NW LA
2038 70th St
Shreveport, LA  71105-5306

IESI-Natchitoches
PO Box 38
Natchitoches, LA  71458-0038


Inspections Unlimited
105 Commercial Parkway
West Monroe, LA  71292


Jimmy Cotton
444 Ervin Cotton Rd
Eros, LA  71238


Jimmy Lowery
108 Prairie Rd
Mangham, LA  71259


Johnson Precast Septic
130 Sibley
Choudrant, LA  71227


Kelvin Head Construction
PO Box 186
Eros, LA  71238


Key Millwork & Supply CO
4200 Jackson St
Monroe, LA  71202


Lamar Co
PO Box 96030
Baton Rouge, LA  70896


Larry James Designs
2208 Justice St
Monroe, LA  71201

Larry Thrasher DBA LJT Painting
17828 Lookout Lake Circle
Flint, TX  75762


Like This Media LLC
1707 Shannon St
Monroe, LA  71201


Louisiana Dirt & Concrete Inc
708 Tidwell Rd
West Monroe, LA  71292


Lusby's Heating, Cooling & Electric
1608 McCreight St
Bastrop, LA  71220


Mason Nation
2040 Old Natchitoches Rd, Lot 18
West Monroe, LA  71292


Mastercraft Wook Products
232 N Marshall Industrial Ave
Marshall, TX  75670


McGlinchey Stafford PLLC
Dept. 5200, PO Box 2153
Birmingham, AL  35287-5200


McLarrin Marble
7459 Hwy 165 N
Monroe, LA  71203


MedBE Inc
1651 Louisville Ave
Monroe, LA  71201

Melacon Electric
122 Oakwood Ave
West Monroe, LA  71291


Michael Nugent Backhoe Service Inc
59 Joe Rosier Rd
Deville, LA  71328


Mickey Minchew
126 Avery Rd
West Monroe, LA  71292


Mike Smith Heating & Air
PO Box 56
Swartz, LA  71281


Moss Carpet One
610 Louisville Ave
Monroe, LA  71201


Neighborhood Rental Inc
7702 Hwy 165 N
Monroe, LA  71203


North American Lighting Products
304 East Ironwood
West Monroe, LA  71291


Northeast LA Bd Of Realtors
1010 Stubbs
Monroe, LA  71201


Northwest LA Assoc Of Realtors
PO Box 5952
Shreveport, LA  71135-5952

Oachita Independent Bank
PO Box 14100
Monroe, LA  71201


Office Depot
Office Depot Credit Plan
PO Box 689020
Des Moines, IA  50367-9020


Old South Services
407 Mountain Rd
West Monroe, LA  71291


Opus Broadcasting
92 West Shamrock St
Pineville, LA  71360


Outhouse Rentals
2311 Bienville Dr
Monroe, LA  71201


Palm Tree Construction
316 Brown St
West Monroe, LA  71292


Parsons Plumbing LLC
713 Fox Stq
Pineville, LA  71360


PC Classic Construction Inc
PO Box 513
Haughton, LA  71292

Personnel Concepts
Compliance Service Dept
PO Box 3353
San Dimas, CA  91773-7353


Pest Guard
PO Box 117
Downsville, LA  71234


Plumbing Warehouse
PO Box 973234
Dallas, TX  75397-3234


Polaris Services
3602 N Market St
Shreveport, LA  71107


Purchase Power
PO Box 856042
Louisville, KY  40285-6042


Rent A John
119 Elmwood Dr
West Monroe, LA  71291


RL May Construction
5633 Hwy 563
Simsboro, LA  71275


Roberson Builders LLC
126 Aulds Rd
Marion, LA  71260


Roofing Supply Group - West Monroe
1500 Old Natchitoches Rd
West Monroe, LA  71292

Russell-Moore Lumber
PO Box 7520
Monroe, LA  71211-7520


Ruston Newspapers Inc
PO Box 520
Ruston, LA  71273-0520


S.E. Huey Co
1111 N 19th St
Monroe, LA  71201


Safety Services Co
PO Box 6408
Yuma, AZ  85366-6408


Salsbury Electric Company
55 Indian Mound Rd
Oak Ridge, LA  71264


Sheffield Rentals Inc
1255 Hwy 61 S
Vicksburg, MS  39180


Sir Speedy Printing
1825 Ave Of America
Monroe, LA  71201


Smith Blind & Awning
411 Hudson Ln
Monroe, LA  71201


Southern Comfort Portable Toilets
PO Box 5476
Bossier City, LA  71291

Sprink A Lawn, Inc
141 Dandy Ln
West Monroe, LA  71291


Sprinkle-Green Irrigation
105 Creole Ln
West Monroe, LA  71291


Stephens Dirt Work
PO Box 659
Gilbert, LA  71336


Stuart C Irby, Co
PO Box 843959
Dallas, TX  75284-3959


Sudden Link
725 Benton Rd
Bossier City, LA  71111


Sudden Link Media
PO Box 951391
Dallas, TX  75395-1391


Synapse Multimedia
788 Brook Hollow Dr
Shreveport, LA  71105


Telecom Solutions
2106 N 7th St, Ste 210
West Monroe, LA  71291


Vida Drywall
1924 Hillview St
Mesquite, TX  75149

```
Ward's Waste Services
PO Box 2067
Natchitdoches, LA  71457


Westco Contracting LLC
9723 Hwy 165
Pollock, LA  71467
```