# JUDGE NOTES/MINUTE ENTRY

**MONROE**

**Date: 01/27/2011 at 9:30 AM**

10-32444 Mustang Homes, LLC A

Chapter: 11

A Michael C. Hyde representing Mustang Homes, LLC (Debtor In Possession)
A Michael C. Hyde representing DIP (Trustee)
P Christopher J. Steiskal representing Office of U. S. Trustee (U.S. Trustee)

| Filing Date | # | Docket Text |
|---|---|---|
| 01/19/2011 | 39 | (Amended) Motion to Convert Case from Chapter 11 to 7) *with Certificate of Service*. Receipt Number UST, Fee Amount Due $15, or in the alternative Amended Motion to Dismiss Case (Re: [37] Motion to Dismiss Case)*with Certificate of Service* Filed by Christopher J. Steiskal on behalf of Office of U. S. Trustee (Steiskal, Christopher) P Modified Link on 1/20/2011, 01/21/2011 (pame,troy). |

***JUDGE NOTES***: ______

______ Continued to ______ at ______.
X Motion granted.
______ Motion denied.
______ Motion withdrawn.
______ Motion moot.
X Order signed.

X Case is Converted TO Chapter 7.

9:52[19] — 10:14[20]