# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

**IN RE:** **MUSTANG HOMES, LLC** **CASE NO. 10-32444**

**DEBTOR(S)** **CHAPTER 11**

---

## CHAPTER 11 AMENDED PROCEEDING MEMO AND MINUTES OF § 341 MEETING JANUARY 27, 2011 - 8:00 A.M. MONROE, LA

---

1. Name of attorney(s) for Debtor(s): NONE.

2. Has attorney(s) for Debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016? ____ Yes ____ No.***N/A-The UST has a pending objection to the Debtor's application to employ Michael C. Hyde.***

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. § 1102? ____ Yes X No, because a sufficient number of eligible creditors have not expressed an interest in serving.

4. Appearances: ( ) Debtor(s)
   ( ) Debtor(s) representative = NONE.
   ( ) Attorney(s) for Debtor(s) = NONE.
   (X) Creditor(s): (See attached appearance sheet)

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s) ( ) Creditors
   ( ) UST designee ( ) Others (specify below)

6. Debtor(s) is/are required to:

   ______________________________________________

   ______________________________________________

7. Fifth amendment invoked by Debtor? ____ Yes X No.

8. Meeting adjourned ( ) Yes (X) No. If no, meeting is continued to a future date to be determined.

Additional notes and/or comments: This meeting is continued pending the outcome of the UST's motion to dismiss or convert this case. The UST has a pending motion to dismiss or convert this case set for hearing on January 27, 2011, at 9:30 a.m., in Monroe, LA. If the court converts this case to chapter 7, the chapter 7 trustee will set a new date for the chapter 7 § 341 meeting of creditors.

(Proceeding recorded)

*/s/Christopher J. Steiskal*
CHRISTOPHER J. STEISKAL
PRESIDING OFFICER

## APPEARANCE FORM - § 341 MEETING OF CREDITORS

**CASE NAME:** MUSTANG HOMES, LLC  **CASE NUMBER:** 10-32444

**DATE:** JANUARY 27, 2011, 8:00 A.M.  **LOCATION:** MONROE, LA

(PLEASE PRINT)

| NAME | ADDRESS | TELEPHONE NO. | REPRESENTING |
|---|---|---|---|
| ED THEUS | P.O. BOX 4768 MONROE, LA 71211 | (318) 388-0100 | JOSE & BRITTANY CAZARES |
| Keith Carter | 4415 Thornhill Ave. Shreveport, LA 71106 | 318-861-1111 | Gibsland Bank |
| DAVIS WIGGINS | 26 WESTWOOD BLVD ALEXANDRIA, LA. 71301 | 318 447-0701 | |
| James E. McClain | 413 Dogwood Trail Minden, LA 71055 | 318-245-6718 | |
| John Cole | P.O. Box 180 Gibsland, LA 71028 | 318-843-6228 | Gibsland Bank |